## IN THE DISTRICT COURT FOR THE THIRD CIRCUIT
_Eastern_ DISTRICT

_Kyle Garlington_
**Plaintiff**

vs.

Case No: 46-CR-3125-1999

_COMMONWEALTH OF PENNSYLVANIA_
**Defendant(s)**

## MOTION TO TEMPORARY STAY THE PROCEEDINGS
### (STAY OF ABEYANCE)

**TO THE HONORABLE JUDGE OF SAID COURT:**

**AND NOW COMES,** _Kyle Garlington_, the petitioner, Pro Se, and respectfully moves this Honorable Court to temporary stay the proceedings. In support thereof, the petitioner avers the following:

1. The petitioner has been incarcerated since _April 25_, _1999_, and has been appealing his convictions in the various Courts of the Commonwealth of Pennsylvania.

2. Due to procedural delays and various filings in the lower courts, the Petitioner's equitable tolling time is set to expire. Based on this, the Petitioner is submitting his Federal Writ of Habeas Corpus Petition under §2254 proceedings in the District Court.

3. Since Petitioner's appeals have not yet been exhausted in the lower courts, the Petioner is requesting that this Honorable Court stay his federal proceedings until such time as he has exhausted these remedies in the lower court.

4.  Upon exhaustion, the Petitioner will immediately notify this Court of such, and request that the stay be lifted.

5.  This motion is made in the interest of justice and not meant to delay the proceedings.

**WHEREFORE,** based on the above, _Kyle Garlington_ , the Petitioner, urges this Honorable Court, to GRANT this motion to temporarily stay the proceedings until the exhaustion of all state remedies.

**Respectfully submitted on this** _12th_ **day of** _January_ , 20_23_ .

Date: _January 12, 2023_

_Respectfully Submitted,_

_Kyle Garlington_

DOC # _EC5232_

SCI-Greene
175 Progress Drive
Waynesburg, PA 15370

**VERIFICATION**

I, _Kyle Garlington_ declare under penalty of perjury that the statements made in this motion / petition or legal action are true and correct to the best of my knowledge and belief. I understand that making false statements herein are made subject to the penalties of **18 USCS § 1001,** relating to fraud and false statements.

Date: _January 12, 2023_

Respectfully Submitted,

_Kyle Garlington_

DOC # _EC 5232_

SCI-Greene
175 Progress Drive
Waynesburg, PA 15370

Kyle Garlington EC9252
SCI-Greene
175 Progress Drive
Waynesburg, PA. 15370



CERTIFIED MAIL

7020 1810 0001 5346 5861

PA DEPT OF
CORRECTIONS
INMATE MAIL

US POSTAGE PITNEY BOWES

ZIP 15370  $ 005.44°
02 4W
0000383425 JAN 13 2023



RECEIVED
JAN 18 2023



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
UNITED STATES COURTHOUSE
601 MARKET STREET
Philadelphia, Pennsylvania. 19106-1744

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to: UNITED STATES DISTRICT COURT <br> EASTERN DISTRICT OF PENNSYLVANIA <br> UNITED STATES COURTHOUSE <br> 601 MARKET STREET <br> Philadelphia, Pennsylvania, 19106-1744 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 9590 9402 6317 0296 3841 02 | 3. Service Type <br> ☐ Adult Signature ☐ Priority Mail Express® <br> ☐ Adult Signature Restricted Delivery ☐ Registered Mail™ <br> ☒ Certified Mail® ☐ Registered Mail Restricted Delivery <br> ☐ Certified Mail Restricted Delivery ☒ Signature Confirmation™ <br> ☐ Collect on Delivery ☐ Signature Confirmation Restricted Delivery <br> ☐ Collect on Delivery Restricted Delivery |
| 2. Article Number (Transfer from service label) <br> 7020 1810 0001 5346 5861 | ☐ Mail <br> ☐ Mail Restricted Delivery 500) |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |