IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KYLE GARLINGTON,**<br>      Petitioner,<br><br>               v.<br><br>**COMMONWEALTH OF PENNSYLVANIA,** *et al.*,<br>      Respondents. | :<br>:<br>:<br>:  **CIVIL ACTION NO. 23-CV-0259**<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW** this 8th day of April, 2023, it appearing that Kyle Garlington has not complied with the February 17, 2023 Order (Doc. No. 3), directing him to either submit the $5 filing fee or file a properly certified application to proceed *in forma pauperis*, and also directing him to file on this Court's standard form, it is **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to close this matter.

3. There is no cause to issue a certificate of appealability.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.